FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
**June 1, 2026 10:57 AM**
Lucy H.Carrillo, Clerk of Court

KENNETH M. SORENSON
United States Attorney
District of Hawaii

GREGG PARIS YATES #8225
Assistant United States Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Email:  Gregg.Yates@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    vs.<br><br>REMEDIOS A. ALASAAS,<br><br>       Defendant. | Case No.**CR 26-00052 JAO**<br><br>INFORMATION<br><br>[18 U.S.C. § 611(a)] |

## INFORMATION

The United States Attorney charges:

<u>Count 1</u>
Voting by an Alien
(18 U.S.C. § 611(a))

On or about August 10, 2024, within the District of Hawaii, REMEDIOS A. ALASAAS, the defendant, an alien, knowing that she was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, Member of the Senate, and Member of the House of Representatives.

All in violation of Title 18, United States Code, Section 611(a).

<u>Count 2</u>
Voting by an Alien
(18 U.S.C. § 611(a))

On or about November 8, 2022, within the District of Hawaii, REMEDIOS A. ALASAAS, the defendant, an alien, knowing that she was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a

//
//
//
//
//
//
//
//

2

candidate for the office of Member of the Senate and Member of the House of Representatives.

All in violation of Title 18, United States Code, Section 611(a).

DATED: June 1, 2026, at Honolulu, Hawaii.

_____
KENNETH M. SORENSON
United States Attorney
District of Hawaii

_____
GREGG PARIS YATES
Assistant U.S. Attorney

United States v. Remedios A. Alasaas
Information
Case No.**CR 26-00052 JAO**

3