FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 09 2026

___ o'clock and 48 min. ___M
Lucy H. Carrillo, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA, )    CR 26-00052 WRP
                         )
              Plaintiff, )    DECLARATION OF INTERPRETER
    vs.                  )
                         )
REMEDIOS A. ALASAAS,     )
                         )
              Defendant. )
_____)
                         )
                         )

## DECLARATION OF INTERPRETER

The undersigned interpreter declares that, except to the extent that there may have been contact while providing interpreter services in this or a prior case, she has not had any prior involvement with this case nor with the defendant nor any witness involved herein.

Dated:   Honolulu, Hawaii, June 9, 2026

_____
EDNA BAUTISTA